FILED
IN OPEN COURT
DEC - 3 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:25cr31 |
| v. | ) | 18 U.S.C. §§ 2251(a) and 2<br>Production of Child Pornography<br>(Counts 1-8) |
| ALEX TYLER BUENAGA,<br>(Counts 1-7, 9-11, 14-15) | ) | |
| and | ) | 18 U.S.C. §§ 2252A(a)(2)(A) and 2<br>Distribution of Child Pornography<br>(Counts 9-11) |
| RYAN WADE JOHNSTON,<br>(Counts 8, 12-14, 16) | ) | 18 U.S.C. §§ 2252A(a)(2)(A) and 2<br>Receipt of Child Pornography<br>(Counts 12-13) |
| *Defendants.* | ) | 18 U.S.C. §§ 2422(b) and 2<br>Enticement and Coercion<br>(Count 14) |
| | ) | 18 U.S.C. §§ 2252A(a)(5)(B) and 2<br>Possession of Child Pornography<br>(Counts 15-16) |
| | ) | 18 U.S.C. § 2253<br>Criminal Forfeiture |

SUPERSEDING INDICTMENT

December 2025 TERM - At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about October 30, 2024, in the Eastern District of Virginia, the defendant ALEX TYLER BUENAGA, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically MINOR VICTIM 1, a female minor approximately 6 months old or less, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, BUENAGA produced and caused to be produced an image file entitled "86310EFE-7548-527D-0EBF-836009DFFD4D.png" that depicted himself performing oral sex on MINOR VICTIM 1, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2251(a), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT TWO

On or about December 5, 2024, in the Eastern District of Virginia, the defendant ALEX TYLER BUENAGA, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically MINOR VICTIM 1, a female minor approximately 6 months old or less, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, BUENAGA produced and caused to be produced a

video entitled "Trim.39FEC73C-B654-4520-A7BB-74059A339A33978C" that depicted himself digitally penetrating the genitals of MINOR VICTIM 1, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2251(a), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT THREE

On or about December 5, 2024, in the Eastern District of Virginia, the defendant ALEX TYLER BUENAGA, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically MINOR VICTIM 1, a female minor approximately 6 months old or less, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, BUENAGA produced and caused to be produced a video entitled "Trim.4EDC573A-8AEA-406D-9885-110D4E837492.MOV" that depicted himself rubbing and inserting his erect penis against MINOR VICTIM 1's mouth, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2251(a), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT FOUR

On or about January 21, 2025, in the Eastern District of Virginia, the defendant ALEX

TYLER BUENAGA, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically MINOR VICTIM 1, a female minor approximately 6 months old or less, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, BUENAGA produced and caused to be produced a video entitled "Telegram-cloud-document-1-4936177978825507941_partial" that depicted himself urinating into a cup, drinking the urine, and then spitting it into the mouth of MINOR VICTIM 1, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2251(a), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT FIVE

On or about January 23, 2025, in the Eastern District of Virginia, the defendant ALEX TYLER BUENAGA, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically MINOR VICTIM 1, a female minor approximately 6 months old or less, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, BUENAGA produced and caused to be produced a video entitled "IMG_4804.MOV" that depicted himself digitally penetrating the genitals of

MINOR VICTIM 1 and exposing her anus to the camera, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2251(a), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT SIX

On or about January 24, 2025, in the Eastern District of Virginia, the defendant ALEX TYLER BUENAGA, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically MINOR VICTIM 1, a female minor approximately 6 months old or less, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, BUENAGA produced and caused to be produced a video entitled "Secret-file-4945348197858935928-1_partial" that depicted himself holding a naked MINOR VICTIM 1 and placing gel on her anus before penetrating it with a Sharpie marker, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2251(a), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT SEVEN

On or about January 24, 2025, in the Eastern District of Virginia, the defendant ALEX TYLER BUENAGA, did unlawfully and knowingly employ, use, persuade, induce, entice, and

coerce any minor, specifically MINOR VICTIM 1, a female minor approximately 6 months old or less, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, BUENAGA produced and caused to be produced a video entitled "IMG_4825.MOV" that depicted himself restraining MINOR VICTIM 1 with a necktie, exposing her genitals to the camera, digitally penetrating the genitals of MINOR VICTIM 1, and then blowing methamphetamine smoke in her face, all using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2251(a), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT EIGHT

On or about August 30, 2024, in the Eastern District of Virginia, the defendant RYAN WADE JOHNSTON, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically MINOR VICTIM 2, a female minor approximately 4 years old to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, JOHNSTON produced and caused to be produced an image entitled "4427197926400500338.0" that depicted his own erect penis next to MINOR VICTIM 2 while

she was sleeping, all using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2251(a), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT NINE

On or about January 24, 2025, in the Eastern District of Virginia, and elsewhere, defendant ALEX TYLER BUENAGA, did unlawfully and knowingly distribute child pornography that has been mailed, shipped, and transported in, and affecting interstate and foreign commerce, by any means, including by computer, and that has been shipped and transported using any means and facility of interstate and foreign commerce, that is, BUENAGA distributed and caused to be distributed a video file entitled "IMG_4825.mov" that depicted himself restraining MINOR VICTIM 1 with a necktie, exposing her genitals to the camera, digitally penetrating the genitals of MINOR VICTIM 1, and then blowing methamphetamine smoke in her face, all using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was distributed and transported over the internet via the Telegram application from BUENAGA to an unknow user.

(In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT TEN

On or about January 22, 2025, in the Eastern District of Virginia, and elsewhere, defendant ALEX TYLER BUENAGA, did unlawfully and knowingly distribute child pornography that has been mailed, shipped, and transported in, and affecting interstate and foreign commerce, by any means, including by computer, and that has been shipped and transported using any means and facility of interstate and foreign commerce, that is, BUENAGA distributed and caused to be

distributed a video file entitled "1_49385630342945129214.mp4" that depicted himself inserting his penis in the mouth of MINOR VICTIM 1, all using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was distributed and transported over the internet to RYAN WADE JOHNSTON.

(In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT ELEVEN

On or about January 22, 2025, in the Eastern District of Virginia, and elsewhere, defendant ALEX TYLER BUENAGA, did unlawfully and knowingly distribute child pornography that has been mailed, shipped, and transported in, and affecting interstate and foreign commerce, by any means, including by computer, and that has been shipped and transported using any means and facility of interstate and foreign commerce, that is, BUENAGA distributed and caused to be distributed a video file entitled "1_4940494760260404543.MOV" that depicted a person inserting their fingers into the genitals of MINOR VICTIM 1 and digitally penetrating her, all using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was distributed and transported over the internet to RYAN WADE JOHNSTON.

(In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT TWELVE

On or about January 22, 2025, in the Eastern District of Virginia, defendant RYAN WADE JOHNSTON, did unlawfully and knowingly receive child pornography that has been mailed, shipped, and transported in, and affecting interstate and foreign commerce, by any means,

including by computer, and that has been shipped and transported using any means and facility of interstate and foreign commerce, that is, JOHNSTON received and caused to be received a video file entitled "1_4938563034294512921 4.mp4" that depicted ALEX TYLER BUENAGA inserting his penis in the mouth of MINOR VICTIM 1, all using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was distributed and transported over the internet to RYAN WADE JOHNSTON.

(In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT THIRTEEN

On or about January 22, 2025, in the Eastern District of Virginia, defendant RYAN WADE JOHNSTON, did unlawfully and knowingly receive child pornography that has been mailed, shipped, and transported in, and affecting interstate and foreign commerce, by any means, including by computer, and that has been shipped and transported using any means and facility of interstate and foreign commerce, that is, JOHNSTON received and caused to be received a video file entitled "1_4940494760260404543.MOV" that depicted a person inserting their fingers into the genitals of MINOR VICTIM 1 and digitally penetrating her, all using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was distributed and transported over the internet to RYAN WADE JOHNSTON.

(In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2256(1), 2256(2), 2256(8)(A) and 2.)

COUNT FOURTEEN

On or about January 24, 2025, in the Eastern District of Virginia, the defendants, ALEX TYLER BUENAGA and RYAN WADE JOHNSTON, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, Aggravated Sexual Battery, which was a criminal offense under 18.2-67.3 Aggravated Sexual Battery, that is BUENAGA and JOHNSTON communicated over text message about sexually abusing MINOR VICTIM 1 a minor under the age of 13, and JOHNSTON travelled to BUENAGA's residence for the purpose of sexually abusing MINOR VICTIM 1.

(All in violation of Title 18, United States Code, Section 2422(b) and 2.)

COUNT FIFTEEN

On or about January 24, 2025, in the Eastern District of Virginia, the defendant ALEX TYLER BUENAGA, did unlawfully and knowingly possess material, that is, an Apple iPhone in a black case that contained one or more images and videos of child pornography, which images and videos had been transported in interstate commerce by any means, including by computer, and which images and videos had been produced using materials that had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(1), 2256(2), and 2256(8)(A). and 2)

COUNT SIXTEEN

On or about January 24, 2025, in the Eastern District of Virginia, the defendant RYAN WADE JOHNSTON, did unlawfully and knowingly possess material, that is, a Samsung Android

Phone in a black and clear case that contained one or more images and videos of child pornography, which images and videos had been transported in interstate commerce by any means, including by computer, and which images and videos had been produced using materials that had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(1), 2256(2), and 2256(8)(A) and 2.)

## CRIMINAL FORFEITURE

A. Upon conviction for violating any count of the criminal indictment, ALEX TYLER BUENAGA and RYAN WADE JOHNSTON shall forfeit to the United States:

1. Any and all matter which contains child pornography produced, transported, shipped, received, or possessed in violation of Title 18, United States Code, Section 2251 *et seq.*;

2. Any and all property used or intended to be used in any manner or part to commit and to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*; and

3. Any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the commission of violations of Title 18, United States Code, Section 2251 *et seq.*

(In violation of Title 18, United States Code, Section 2253.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

United States v. Alex Buenaga, et. al.
Criminal No. 2:25cr31

A TRUE BILL:



FOREPERSON

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By: ______________________________

Joseph L. Kosky
Assistant U.S. Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-6689
E-Mail Address - joseph.kosky@usdoj.gov