# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Wednesday, December 17, 2025

**MINUTE OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Jamar K. Walker, U.S. DISTRICT JUDGE

Deputy Clerk: B. PetersReporter: Carol Naughton, OCR

| Set: 11:00 a.m. | Started: 11:06 a.m. | Ended: 11:21 a.m. |
|---|---|---|

| |
|---|
| Case No. 2:25-cr-31 |
| **United States of America** |
| **v.** |
| **Alex Tyler Buenaga** |
| **and** |
| **Ryan Wade Johnston** |
| |
| Joe Kosky appeared on behalf of USA. |
| Rodolfo Cejas appeared on behalf of defendant Buenaga, present in custody. |
| Stephanie Kessler appeared on behalf of defendant Johnston, present in custody. |
| |
| Matter came on for status conference. |
| The Court questioned the parties re jury trial waivers and severance of the defendants. |
| Both Defts indicated their preference for a bench trial; USA does not oppose. Defts directed to file written waivers of jury trial in the record. |
| The Court sees no prejudice to either Deft in a joint bench trial. |
| Contingent upon the submission of written waivers, the Court will set a bench trial to commence on March 11, 2026, at 10:00a in Norfolk. |
| In light of the agreement of the parties, the Court MOOTED Johnston's (ECF 35) Motion for bench trial. |
| Defts remanded. |
| |
| Court adjourned. |