**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:25-cr-31 (02) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RYAN WADE JOHNSTON, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## JURY TRIAL WAIVER

On December 3, 2025, a superseding indictment was filed charging Ryan Johnston with one count of production of child pornography in violation of 18 U.S.C. §§ 2251(a) and 2, two counts of receipt of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2, one count of enticement and coercion in violation of 18 U.S.C. §§ 2422(b) and 2, and one count of possession of child pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2. (Doc. 56). Mr. Johnston was arraigned on the superseding indictment and entered pleas of not guilty to all charges on December 10, 2025.

Having been furnished with a copy of the superseding indictment (and the original indictment), having been fully advised by the Court and counsel of the nature of the charges, of the possible sentences resulting from convictions of the charges, and having further been fully advised by the Court and by counsel of his 6th Amendment right to a trial by jury, Mr. Johnston hereby knowingly, freely, and voluntarily waives his right to a trial buy jury on the charges and requests and consents to a trial by the Court without jury.

_____          1/2/26
Ryan Wade Johnston                                  Date signed

Respectfully submitted,

1

/s/ Stephanie F. Kessler
STEPHANIE F. KESSLER (0092338)
Kessler Defense LLC
500 East Main St, 1600
Norfolk, VA 23510
(513) 316-5807
stephanie@kesslerdefense.com

*Attorney for Ryan Johnston*