IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX TYLER BUENAGA, *et al.*<br><br>Defendants. | Case No. 2:25-cr-31 |

## ORDER

Before the Court is Defendant Alex Tyler Buenaga's unopposed motion to continue trial. ECF No. 64. Defendant Buenaga asks to continue trial, currently scheduled to begin on March 11, 2026, to afford defense counsel adequate time to prepare for trial due to the recent unforeseen need to substitute counsel. The motion will be **GRANTED**.

Defendant Alex Tyler Buenaga was charged in a March 19, 2025 indictment with 15 counts including enticement, coercion, production of child pornography, and related offenses. ECF No. 1. In April 2025, the Court declared this case complex and set trial outside of the 70-day Speedy Trial Act deadline. ECF No. 33. On December 3, 2025, a superseding indictment was returned. ECF No. 56. The defendants waived their right to trial by jury, ECF Nos. 61, 62, and a bench trial was set to begin on March 11, 2026.

Defendant Buenaga now moves to continue trial because his previous counsel withdrew his representation due to "unforeseen circumstances." ECF No. 64 at 1.

Therefore, defense counsel seeks additional time to prepare given the "substantial history of this matter" and the "need to review all materials produced." *Id.* at 1–2. The government and Defendant Ryan Johnston do not oppose the continuance. *Id.* at 2.

The Court previously found that because the "allegations in this case are extremely serious" and the government "may seek a life sentence," the "nature of the prosecution" make this case complex. ECF No. 33 at 1–2. Therefore, the Court set the trial beyond the 70-day Speedy Trial Act deadline to allow defense counsel "to investigate the full range of issues in this case, in order to evaluate possible defenses." *Id.* at 2; *see also* U.S.C. § 3161(h)(7)(B)(ii).

The Court has—as it must—considered the factors outlined in the Speedy Trial Act, as articulated in its April 11, 2025 Order (ECF No. 33), and finds that the ends of justice served by further continuing trial approximately ninety days to June 2026 outweigh the interests of the public and Defendant Buenaga in a speedy trial. Specifically, the Court concludes that the need to afford defense counsel adequate time for preparation, taking into account the exercise of proper due diligence, warrants a continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, Defendant Buenaga's motion to continue (ECF No. 64) is **GRANTED.**

No further continuances of the trial date will be granted without a hearing.

Any period of delay resulting from this Order shall be excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties have proposed June 15, 16, or 17, 2026 to commence trial. ECF No. 64 at 2. Thus, the Court will set this trial to commence on June 15, 2026.

**IT IS SO ORDERED**.

/s/ Jamar K. Walker
Jamar K. Walker
United States District Judge

Norfolk, Virginia
February 18, 2026