

FILED

JUN 1 1 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:25cr31 |
| v. | ) | |
| | ) | **Transportation of Child Pornography** |
| RYAN WADE JOHNSTON, | ) | **18 U.S.C. § 2252A(a)(1)** |
| | ) | **(Felony)** |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about November 1, 2024, in the Eastern District of Virginia, defendant RYAN WADE JOHNSTON, did unlawfully and knowingly transport using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, any child pornography, that is, JOHNSTON transported six digital computer files depicting prepubescent and pubescent minors engaged in sex acts over the KIK internet chat application.

(In violation of Title 18, United States Code, Sections 2252A(a)(1), 2256(1), 2256(2), and 2256(8)(A).)

Todd W. Blanche
Acting Attorney General

By: _____

Joseph L. Kosky
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
E-Mail - joseph.kosky@usdoj.gov