# COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
## NORFOLK DIVISION

**<u>GUILTY PLEA</u>**                                                                 Date: <u>June 15, 2026</u>

   Time Set: <u>11:00 a.m.</u>                                   Presiding Judge: <u>Jamar K. Walker</u>

    Started: <u>11:02 a.m.</u>                                   Court Reporter: <u>Carol Naughton, OCR</u>

     Ended: <u>11:39 a.m.</u>                                        U.S. Attorney: <u>J. Kosky</u>

                                          Defense Counsel: <u>S. Kessler</u>

Cr. No. <u>2:25-cr-31-002</u>                              Courtroom Deputy: <u>B. Peters</u>

Defendant: <u>Ryan Wade Johnston</u>                 **<u>X</u>  In Custody  __ On Bond**

| | |
|---|---|
| X | Came on re: plea to Criminal Information and Superseding Indictment. |
| X | Defendant formally arraigned as to the Criminal Information. |
| X | Defendant sworn. |
| X | Court fully advised defendant re proceedings and their rights. Defendant acknowledged they understood. |
| X | Defendant satisfied with services and effectiveness of counsel. |
| X | Waiver of Indictment executed, entered, and filed in open court. |
| X | Court inquired re: threats or promises. |
| X | Court inquired re: voluntariness of plea. |
| X | Court inquired re: plea offers. |
| X | Court explained charge(s) and maximum penalties. |
| X | Court explained the essential elements of the offense(s). |
| X | Court explained to defendant that by pleading guilty they waived their right to appeal. |
| X | Court explained to defendant that by pleading guilty they waived jury trial. |
| X | Plea Agreement and/or Statement of Facts reviewed. |
| X | Plea of guilty to <u>Counts 12, 13, & 16 of Superseding Indictment & Count 1 of Criminal Information</u> **accepted** by the Court. |
| X | Court **adjudges** defendant guilty as charged in the above-referenced counts. |
| X | Plea Agreement entered & filed in open court. |
| X | Statement of Facts entered & filed in open court. |
| X | Continued for presentence investigation report. |
| X | Set for disposition on <u>September 23, 2026, at 2:30 p.m.</u> Norfolk. |
| X | Unsigned copy of Sentencing Procedures Order furnished to defendant. |
| X | Sentencing Procedures Order executed, entered, and filed in open court. |
| X | Consent Order of Forfeiture executed, entered, and filed in open court. |
| | Defendant continued on present bond/released on a personal recognizance bond (conditions on next page). |
| X | Defendant remanded to custody of U.S. Marshal. |