AO 455 (Rev. 01/09) Waiver of an Indictment

> FILED
> IN OPEN COURT
>
> JUN 1 5 2026
>
> CLERK, U.S. DISTRICT COURT
> NORFOLK, VA

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:25-cr-31 |
| Ryan Wade Johnston | ) | |
| | ) | |
| Defendant | ) | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:      06/15/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Stephanie Kessler
*Printed name of defendant's attorney*

/s/

Jamar K. Walker
**United States District Judge**

*Judge's printed name and title*