

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA  )
           )
    v.       )  CRIMINAL NO. 2:25cr31
           )
RYAN WADE JOHNSTON,   )
           )
   *Defendant.*   )

## STATEMENT OF FACTS

The parties stipulate that the allegations in Counts Twelve, Thirteen, and Sixteen contained in the superseding criminal indictment and Count One of the Criminal Information, and the following facts are true and correct, and that had the matter gone to trial, the United States would have proven them beyond a reasonable doubt with credible and admissible evidence.

### Background

1. On January 22, 2025, the Federal Bureau of Investigation (FBI) National Threat Operations Center received an emergency tip that a user of the Telegram instant messaging application was producing and distributing child sexual abuse material (CSAM).   An undercover FBI agent engaged in an online conversation with this Telegram user and began communicating with him over Telegram and Reddit.   The Telegram user distributed CSAM to the undercover FBI agent and bragged about producing CSAM with a six-month-old infant (Minor Victim 1).   FBI agents sent emergency requests to Reddit who identified the email

1

account associated with the Reddit account as "buenagaalex@gmail.com".   Further database checks revealed that email belonged to an individual named Alex Tyler Buenaga.

2.      Telegram, Reddit, and KIK are all communications platforms that necessarily utilizes the Internet.   The Internet is an interconnected network of computers with which one communicates when on-line, is a network that crosses state and national borders, and is a facility of interstate and foreign commerce.

3.      On January 24, 2025, the undercover FBI agent learned from Buenaga that he was expecting another man to come to his home and aid him in sexually abusing Minor Victim 1 and sent a photo of himself with Minor Victim 1 in what appeared to be real time.   FBI agents and its Violent Crimes Task Force located Buenaga's residence and set up an operation to prevent further abuse of Minor Victim 1.   On January 24, 2025, RYAN WADE JOHNSTON showed up to Buenaga's residence and both were arrested before they could inflict anymore abuse on Minor Victim 1.   Agents seized electronic devices from Buenaga and JOHNSTON and found Minor Victim 1 unharmed in a bedroom in the residence in a car seat.   Near her was a camera on a tripod, a necktie attached to the bed frame, and a jar of Vaseline.

4.      FBI Agents obtained search warrants for the electronics seized from Buenaga and JOHNSTON.   Forensic analysis of Buenaga's devices revealed that beginning in October of 2024, when Minor Victim 1 was only 3 months old, Buenaga began sexually abusing her and recording it.   Specifically, on October 30, 2024, Buenaga took a picture of himself performing oral sex on Minor Victim 1 when she was 3 months old and is the image file specified in Count One of the superseding indictment.   Forensic examiners found at least 90 images and videos of BUENAGA sexually abusing Minor Victim 1 in a variety of ways, such as using the necktie

2

found at the residence to tie her to the bed (Count 7), utilizing the Vaseline for lubrication to penetrate her vagina with his fingers and other objects (Count 3), digitally penetrating and exposing her anus to the camera (Count 5), placing his penis in her mouth and rubbing it along her genitals, and smoking methamphetamines and blowing the smoke into her face.   Some of these images and videos form the basis Counts One, Three, Five, and Seven, in the superseding indictment and bear the filenames and dates as listed in those Counts in the indictment.

## Counts of Conviction

5.      With respect to Count Twelve, on the date and location listed in the superseding indictment, JOHNSTON received a video file entitled "1_49385630342945192l4.mp4."   The video file depicts Alex Tyler Buenaga kneeling naked across the chest of Minor Victim 1 and forcing her to perform a sex act on him.   Buenaga created the video file and sent it to JOHNSTON over the Telegram app, utilizing the internet, a facility of interstate and foreign commerce.   JOHNSTON knowingly received the file on the date indicated in the superseding indictment.

6.      With respect to Count Thirteen, on the date and location listed in the superseding indictment, JOHNSTON received a video file entitled "1_4940494760260404543.mov."   The video file depicts Alex Tyler Buenaga inserting his fingers and digitally penetrating the genitals of Minor Victim 1.   Buenaga created the video file and sent it to JOHNSTON over the Telegram app, utilizing the internet, a facility of interstate and foreign commerce.   JOHNSTON knowingly received the file on the date indicated in the superseding indictment.

7.      With respect to Count 16, on the date indicated in the superseding indictment, JOHNSTON possessed material, that is, a Samsung Android Phone in a black and clear case that

3

contained one or more images and videos of child pornography, which images and videos had been transported in interstate commerce by any means, including by computer.  JOHNSTON's phone contained approximately 20 video and 150 image files of child pornography.  Of those, 8 video files and 83 image files were identified by the National Center for Missing and Exploited Children (NCMEC) as 33 different child victims.  JOHNSTON's Samsung Android phone was not manufactured in the Commonwealth of Virginia and therefore moved in interstate and foreign commerce from its place of manufacture to the Eastern District of Virginia.

8.    With respect to Count One of the criminal information, on November 1, 2024, JOHNSTON was utilizing the KIK chat application to transport child pornography.  On November 11, 2024, KIK filed a report with the child pornography images with NCMEC indicating that a user with the email address "Johnstonrj1980@gmail.com", with a screen name of "limitshavenone" transported 6 files depicting prepubescent and pubescent minors engaged in sex act over the KIK platform.  The email "Johnstonrj1980@gmail.com" belonged to JOHNSTON.  KIK is a chat application similar to Telegram and is a facility of interstate and foreign commerce.  JOHNSTON knowingly transported these files over the KIK application.

## Other Relevant Conduct

9.    The parties agree that the below detailed relevant conduct will be presented to the Court for sentencing purposes.  Notwithstanding that fact, JOHNSTON asserts he only traveled to Buenaga's residence for the purposes of securing methamphetamines.  Nonetheless, JOHNSTON concedes that had this matter gone to trial, the below facts would have been introduced into evidence against him.

4



10.     Investigators determined that Buenaga was chatting with JOHNSTON on Telegram and Reddit and offering up Minor Victim 1 for JOHNSTON to come smoke methamphetamines with him and sexually abuse Minor Victim 1.   The pair has spent several days chatting with each other over various platforms discussing their desire to molest Minor Victim 1 and potentially molest minors to whom JOHNSTON had access.

11.     On January 24, 2025, JOHNSTON and Buenaga engaged in a lengthy chat about meeting, smoking meth, and sexually abusing Minor Victim 1.   The following chat exchange was recovered from JOHNSTON's phone:

AB:     I'm not going anywhere else. Me you and [Minor Victim 1] at 1

AB:     No one else

RJ:     1245 im back and we have a couple hours of free private time can I stroke my cock while u touch her. Or maybe I'm really wanting to suck ur cock for some reason I'm usually not that horny for it but I want to

RJ:     Especially when I hit that pipe I'll do anything u want

AB:     You can touch her too if you want

RJ:     Let's watch u then see how we feel i will absolutely love 2 but we will.go with how we feel

RJ:     Maybe kiss her

RJ:     A little taste would make my cock explode

...
RJ:     I'm assuming u do delete messages right i domt ever keep them just in case that one time my phone magically opens. Never has but I know u know

AB:     Every 6 hours I delete but that's why I like telegram or session better

RJ:     I think u and I will get along just fine

...

5

AB:    This dude wants to taste [Minor Victim 1's] pussy

[AB then sent an image of a black male's penis.]

RJ:    No no no me only

12.    With respect to Count Thirteen, JOHNSTON used various communication apps, such as Telegram and Reddit, to communicate with Buenaga, including the above described chat. The discussed sexual conduct with Minor Victim 1, had it occurred, would have constituted aggravated sexual battery, as defined by Virginia Code 18.2-67.3.   For the reasons set forth in his Trial Brief, JOHNSTON maintains that the evidence would not have established that he intended to or did persuade, induce, coerce Minor Victim 1 or Buenaga.   JOHNSTON recognizes that the Government strongly disagrees and believes the element would have been met.

13.    With respect to Count Eight, on the date and location listed in the superseding indictment, JOHNSTON produced an image file that depicted his own erect penis next to Minor Victim 2 while she was sleeping.   JOHNSTON knowingly created the image file using his mobile phone, a device that had been shipped and transported in interstate and foreign commerce.

14.    JOHNSTON also sent Buenaga images of Minor Victim 2 and images of his friend's daughters.   JOHNSTON discussed the sexual abuse of the younger daughter of his friend with Buenaga, including stating that the 10-year-old "is dirty" and she "wants to play". JOHNSTON further stated that he is "watching her closely she hates her dad he's a dick so she confides in me a lot ill be there if she does I would love to make her mine and love her shes so sexy and I know dirty".   JOHNSTON further stated that he routinely ejaculated in the younger

daughter's socks and underwear without her knowledge for her to unknowingly wear the soiled garments to school.

## Conclusion

15.     The defendant's participation in the events described above was undertaken knowingly, intentionally, and unlawfully, and not as a result of an accident, mistake, or other innocent reason.

16.     The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By:     _____
Joseph L. Kosky
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, RYAN WADE JOHNSTON, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
RYAN WADE JOHNSTON
Defendant

I am Stephanie Kessler, RYAN WADE JOHNSTON's attorney.   I have carefully reviewed the above Statement of Facts with him.   To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Stephanie Kessler, Esq.
Attorney for RYAN WADE JOHNSTON

8