

FILED
IN OPEN COURT

JUN 1 5 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

UNITED STATES OF AMERICA,

v.

Criminal Case No. 2:25-cr-31-002

RYAN WADE JOHNSTON

### SENTENCING PROCEDURES ORDER

1.    The sentencing hearing shall be scheduled no earlier than NINETY (90) DAYS following a finding or verdict of guilt. The Court hereby schedules this case for sentencing on **September 23, 2026**, at **2:30 p.m.** in Norfolk.

2.    Counsel for the Defendant shall attend any interview of the Defendant conducted by the Probation Office in the course of the presentence investigation.

3.    The Presentence Investigation Report, including guideline computations, shall be completed and provided to the parties at least THIRTY-FIVE (35) DAYS before the sentencing hearing. This Order shall operate as notice to counsel that the Presentence Investigation Report will be made available by the Probation Office THIRTY-FIVE (35) DAYS before the sentencing hearing. The Presentence Investigation Report shall not be disclosed to persons other than the Defendant, unless otherwise ordered by the Court.

4.    A party objecting to guideline determinations or facts in the Presentence Investigation Report shall deliver a written statement to the Probation Office and

opposing counsel within FOURTEEN (14) DAYS after receiving the Presentence Investigation Report, setting forth any objections and any authorities relied upon.

5.      It is the obligation of the objecting party to seek resolution of such objections in conference with opposing counsel and the United States Probation Office as soon as practicable, but no less than TEN (10) DAYS prior to the sentencing hearing. This presentence conference is mandatory when objections affecting guideline computations are in dispute, and it is the responsibility of the objecting party to schedule it with the Probation Office and opposing counsel.

6.      If any objections are unresolved prior to the sentencing hearing, counsel for the Defendant and the government shall file a pleading entitled "Position of Parties with Respect to Sentencing Factors" ("Position Paper"), containing all objections and the grounds therefor, in accordance with Section 6A1.2 of the Sentencing Guidelines and Policy Statements (Oct. 1987) SEVEN (7) DAYS prior to the sentencing hearing. A copy shall be delivered to the Probation Office on the date of filing.

7.      Whether or not there are disputed issues, counsel for the Defendant and counsel for the United States should file with the Court SEVEN (7) DAYS prior to sentencing a pleading which outlines their positions with respect to sentencing. Any character letters that are publicly filed should redact PII consistent with Rule 49.1 of the Federal Rules of Criminal Procedure.

8.      If evidence is sought to be presented at the sentencing hearing, the parties shall file as a part of their Position Paper an outline of such evidence, including: (1) a description of the testimony of any witnesses sought to be called;

2

(2) all documents, and (3) any affidavits. A copy shall also be filed with the Probation Office. The Court may resolve objections upon the submissions of the parties and will hear witness testimony only for good cause shown.

9.      The United States Probation Office shall transmit to the sentencing judge the Presentence Investigation Report, including guideline computations, and an addendum indicating any unresolved objections by the parties with respect to the application of the guidelines SEVEN (7) DAYS prior to the sentencing hearing.

10.      Failure of counsel to adhere to the times set forth in this Order shall result in written notification to the Court by the Probation Office, with a copy provided to all counsel.

11.      The time periods set forth above may be modified by the Court for good cause shown. Time periods under this Order shall be CALENDAR days. In computing any period of time under this Order, if any deadline falls on a Saturday, Sunday, or legal holiday, the deadline shall be the first business day after the Saturday, Sunday, or legal holiday.

**IT IS SO ORDERED**.

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
June 15, 2026

3

I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THE SENTENCING PROCEDURES ORDER.

_____
Defendant

_____6/15/26_____
Date

_____
Counsel for the Defendant

_____6/15/26_____
Date

_____
Counsel for the United States

_____6/15/26_____
Date

4