Hi my name is Antwane Robinson and I'm a United States Merchant Mariner and also a government contractor. I am writing this letter on behalf of my longtime & best friend Ryan Wade Johnston, whom I have had the privilege of knowing for more than 41 years, ever since I was 5 years old. His family embraced me, took me in and made me apart of there family. Knowing Ryan and his family changed how I saw life in general, and made me want to be and do better in life.

Having known Ryan for over four decades, I can speak from personal experience about the kind of man he is, and became over the years. Ryan is one of the most honorable, loyal, and dependable people I have known. He has always been willing to help others in their time of need, and he has consistently demonstrated how much he values his family, friends and the people close to him.

Ryan also chose to serve our country by joining the United States Marine Corps, following a proud tradition of military service established by his grandfather, father & brother. His decision to follow in their footsteps reflects the importance that service, family tradition, and responsibility have held in his life.

Beyond his military service, I know Ryan as a devoted father and a true friend. We use to always talk about how we could try and have our daughters have the relationship like how ours is. I have personally seen how much he cares about his daughter, family and the people around him. He is the kind of person who will step forward to help someone without expecting recognition or anything in return.

When you have known someone for more than 41 years, you have the opportunity to see that person through many stages of life, including both good times and difficult ones. Throughout the many years I have known Ryan, I have known him to be a caring, generous, loyal, and a honorable man.

I understand that the Court must consider all of the facts and circumstances before it. I respectfully ask that the Court also consider the character of the man I have personally known for more than four decades even though you don't know him personally and could judge him by these charges, the person on paper is not the man in front of you. Ryan has been a great father, a great friend, and served in the United States Marine, and someone whom I have been proud to call my friend now and for many years to come.

Thank you, Your Honor, for taking the time to read my letter and consider my personal experiences with Ryan Wade Johnston.

Respectfully,

Antwane L. Robinson

# Clifton D. Chambers

[redacted]
[redacted], VA 23692
(757) [redacted]
Email: [redacted]

Dear Your Honor,

I am writing in support of Ryan Johnston, whom I have been proud to call a friend for 38 years.

I met Ryan almost four decades ago, when I became best friends with his older brother, Conor. Ryan became an instant little brother to me, and he has remained one ever since. Later, we were hired at the same company, and I had the chance to work side by side with him. I can say with confidence that Ryan is a loyal friend, a hard worker, a loving father to his daughter, F[redacted], and a devoted son to his parents, Elizabeth and Clavin.

**As a friend,** Ryan has always shown up. Whenever I have needed him, even after years of separation, he has come without hesitation and without question, ready to help in any way he could.

**As a father,** Ryan's world has centered on F[redacted] since the moment she was born. He spends every moment he can with her.

**As a worker,** Ryan is dependable and generous with his effort. When I once fell ill and was out for more than a week, Ryan not only kept up with his own responsibilities, he worked overtime to cover mine, so that I would not return to a mountain of work.

**As a son,** Ryan comes from a loving family, and that upbringing shows in how he treats others. He is respectful, caring, and loyal, and he consistently puts the people he loves first. Those same qualities carry into everything he does.

Your Honor, I respectfully ask the Court to consider the full measure of the man before you. I understand that the Court knows Ryan through the charges and the paperwork,

but those pages cannot capture who he is. Ryan is a devoted father, a loyal friend, and a veteran of the United States Marine Corps. After nearly forty years, I am proud to call him my friend, and I will be for many years to come.

Thank you for your time and consideration.

Respectfully,

Clifton Chambers

*Owner -* [redacted]

[redacted]

Dear Your Honor,

I am writing this letter on behalf of my younger brother, Ryan Johnston. I am five years older than Ryan, yet I have always looked up to him not just as a brother, but as a friend and as a person in general. Having known him my entire life, I can speak from personal experience about the kind of man Ryan was, is, and will always be.

Without question, Ryan is one of the best humans I know. I do not say this simply because I am his brother; I say it because it is the truth, and I know you will see it come through in the many letters from friends and relatives you will read. You will read that Ryan is honorable. You will read that he is a true friend. You will read that he is a great father, and someone who loves deeply...his friends, his family, and his daughter, F[redacted], who is the light of his life.

You will read that Ryan will step up to any battle to ensure that those around him are protected to the fullest. His time in the United States Marine Corps is only a small showcase of that love for others. You will go on to read many highlights about Ryan and all the times he was there for people. I could tell you a million stories alone, but I won't, because you will have plenty of great things to read.

Instead, I will tell you just one.

Ryan, my younger, but bigger, brother literally saved my life. Almost 20 years ago, Ryan put his own life on the line (again) to ensure that I not only lived, but that I could have a better life when we were done. He refused to allow anyone else on earth to do this for me.

He gave me a kidney.

That is the true Ryan Johnston. That is the person standing before you today. A man who gives of himself so that others may live. His time in the USMC is proof. His daughter is proof. I am proof.

The charges against this person are not true attributes of Ryan. All the things from all the letters, including mine, are the true Ryan Johnston as a person, a friend, a son, a brother, and a father.

I respectfully ask that you consider the whole of who Ryan is when you make your decision.

Respectfully,

Conor Halfpenny

757-[redacted]

The Honorable Judge Walker

Re: Sentencing of Ryan Wade Johnston

Dear Judge Walker,

My name is Calvin K Johnston and I am Ryan's father. I was born on April 11th 1947 in Williamsburg Virginia as was my father. I graduated from James Blair High School in June 1966 and entered the United States Marine Corps the same month for a four year enlistment spending April 1967 thru May 1968 in the Republic of Viet Nam. I was discharged in June 1970 and in February 1972 went to work as an hourly worker for Anheuser Busch Inc in the new Brewery. In 1976 I was promoted to line supervisor and retired in 2005 with over 33 years of service.

Your Honor the man you see before you is not the man he is. Ryan has always worked hard at whatever he puts his mind to, is always willing to help others and loves his extended family. Above all else he is the love for his daughter. Ryan joined the Marine Corps in 1997 as a reservist and was serving with the 14th Marine Battalion in Richmond Virginia. In 2004 he volunteered to go active duty, was assigned to 3rd CAG out of Camp Pendleton, Calafornia. Shortly thereafter the unit was deployed to Iraq. He was the driver/bodyguard for the company commander Caption Crocker. During his tour they became very good friends, surviving at least 12 IEDs while many others did not. When their tour was up, now Major Crocker was advised he would have to return to open a new hospital for the locals they had worked with. Ryan immediately volunteered to go back with him but Major Crocker would not allow it but Major Crocker made sure Ryan received the Navy Marine Corps Achievement Medal which ranks higher than the Presidential Unit Citation and the Combat Action Ribbon both of which he also has. Upon his leaving the hospital Major Crocker and his driver were killed in action. Ryan was devastated by the news. Another blow came after his best friend died from bleeding ulcers but even after all of this he still volunteered to donate a kidney to his brother, a Marine Brother, even though it would be at the cost of his career. Ryan then got a job working for UPS as a delivery driver, was well liked by his customers and received a driver of the year award.

Your Honor there is much more could be written which would have to include his rehab for drug use in the VA Hospital in Richmond and the recurring problems which led him to be before you for sentencing. I would like to request that if further incarceration is required that he be placed where he can receive the help he needs to deal constructively with his PTSD and drug use so upon release, he can again be the man we all

know him to be and be reunited with his daughter and family. Thank you for your time, Your Honor.

Respectfully,

Calvin K Johnston

Oct 4, 2026

Letter of Support for Ryan Johnston

The Honorable Judge Walker

My name is Elizabeth Johnston . I was born and raised in Ireland. I was educated at Fortwilliam Dominican Convent. I completed additional courses at TNCC.

I retired from Anheuser Busch after 22 years where I worked in the Microbiology lab. I am Ryan's mother. I truly appreciate this opportunity to share a little

of Ryan's history and share who he is as a son, father, friend and person.

Ryan grew up in a loving home surrounded by a close family of his grannma, aunts, uncles and lots of cousins. Throughout this ordeal they have remained steadfast

in their love and support. He earned this through his compassion and caring over the years. He served his country honorably in Iraq but the young man who returned to us

was not the same one who had left. He spent considerable time alone in his room and withdrew from his typically social nature but maintained relationships with two of his best friends

Unfortunately one of them died from a perforated ulcer and it devastated him. Around that time we learned our oldest son had kidney disease and required a donor. Ryan immediately

stepped up and volunteered. That decision ended his dream of being a career marine because he could not serve with one kidney. We worried that his PTSD was worsening and finally

he was admitted to the VA hospital in Richmond.

He dated his girlfriend for six years and they finally married. They wanted to have a baby and give us a grandchild as we had none but unfortunately it wasn't happening. They went through

Invitro and had their beautiful daughter. From the moment he saw her he adored her and she became the most important person in his life. He was working at UPS and had received numerous awards including best customer service, driver of the year and he was the rep for

the safety committee. The hours were long and we were concerned as their marriage was getting rocky. He moved back home with us, sad and depressed. Then he was able to keep his daughter with him on weekends and he loved that. They built legos, both loved to draw and build projects. She was able to make him laugh so hard as she loved being silly. He took her to swimming classes and they would make up ridiculous little stories for their amusement.

We were unaware the powerful addiction was coming back. I would ask you to please in your judgement consider his real character and the sad loss he deeply feels from his forbidden contact with his daughter. He realizes his actions that day have cost him everything. The charges against him are extremely horrifying and we are all shocked and disturbed by the depths this loving father and caring man had fallen. Please if you could recommend his prison term be served where the Mental Health care he so desperately needs is available and he can once more become a healthy and functioning member of society. I know his heart and the remorse and shame he has shared with us for all the pain and suffering he has caused his family and the people who love him.

In closing I thank you again for taking the time to read my words of support.

Respectfully

Elizabeth Johnston

Judge Walker

United States District Judge

600 Granby Street

Norfolk, VA 23510

Dear Judge Walker,

My name is Karen Marie Hickmott, and I am formerly a Cox. My father was Ryan's mother's older brother. I am Ryan's 2nd oldest cousin in a family that values family and understands what it means in society today, so I have known Ryan his entire life.

A little about me. I am a widow who lost her husband to lung cancer at an early age, so I am a survivor. I have one amazing doctor who graduated from the University of Alabama, went to EVMS, and is the first SA specialist in heart surgery. I put my daughter through school on my own because I know we, as parents, need to set our children up for success. I am the Vice President of Finance and Business Administration at Riggins Company, located in Hampton, which supports mission-critical operations as a subcontractor to the NNS and EB in support of the U.S. Navy and global safety. I have always been a huge fan of my youngest cousin, Ryan. So are all my cousins' children; as I've said before, it is about family, love, and support through everything.

My cousin Tricia said it best: my Aunt Lily and Uncle Calvin are extraordinary humans and the most loving, caring people. You will never meet anyone more genuine and kind. Ryan was a wonderful child and man. He came to my aid once when we were out, and some men harassed me at a bar. For me, it was just what we do as a family: take care of each other.

We are a big, close Irish Catholic family, and we stand by each other through the good and now the not-so-good.

Ryan does have his demons because of addictions, but he needs to be home with his family to feel love, guidance, and support. I have heard the stories about what Ryan has been through while in Iraq and protecting our country, yet let's not forget that he lost his best friend when he got back home. I didn't know all the charges at first, but over time, the family realized Ryan needs our support, our love, and our guidance to get him back home with the family that loves him dearly. In my industry of hiring blue-collar guys, I always look

for someone I can give an opportunity and a second chance that no one else may be willing to give. I support him and want him home with his family so we can help him and give him a second chance. I am not sure anyone else mentioned that, and I know it doesn't change the charges he pleaded guilty to. It's just something I am asking you to consider so Ryan can hopefully receive a lenient sentence and get the help he needs for his addiction and PTSD issues.

His love and dedication to his family are impeccable, and his love for his daughter is unwavering. [redacted] is the absolute love of his life. They have an amazing relationship because of his love for [redacted]. What is sad is what has been told to [redacted]. The last time we were all together was at my sister-in-law's house for gingerbread houses and Christmas cookie day. All the cousins were there, and Ryan and [redacted] were racing each other to decorate the most cookies. How many fathers take that time to be at a cookie trade-off day:

I have been extremely supportive of one of my favorite aunts, who has done everything to make sure Ryan's okay and getting the proper help he needs. This has been a journey for our entire family, and we're embracing what we need to do to support Ryan in the future. The road has been a shock for most of us. I am pleading with you, Judge Walker, to give Ryan a lenient sentence and let him return to being the hard-working, compassionate, delightful person he has always been to me, my family, his family, his co-workers, and, frankly, the public.

Thank you for taking the time to read this. I ask you to consider these factors when determining leniency for Ryan, and I promise I will be here for him every step of the way.

Graciously,

*Karen Hickmott*

Karen M Hickmott

My name is Jonathan Kent, and I am writing this letter to speak of the character regarding my friend, Ryan Johnson. Ryan is a man who, in my opinion, has had to endure more pain and loss one human being should have to endure in 10 lifetimes much less just one. He is a man who speaks his truth wholeheartedly and is loyal to his absolute core to the people he cares about, especially his family which includes his sweet, beautiful daughter, F[redacted]. Fi[redacted] is Ryan's North Star; the bright light that gets him through some very dark days. I have witnessed the utter joy that exists between the two of them and it's amazing to me to see the pain in Ryan's eyes melt away when he is with her. He is the best version of himself when he is being "Dad" and is working fervently to heal and atone for his mistakes and be that version again.

I've known Ryan for roughly 10 years ever since he was hired by UPS where we worked together as Delivery Drivers. He was transitioning from a military career in the Marines and I had already been with the company for close to 25 years. Although we weren't friends right away, we eventually got to know each other and I was able to help him navigate the do's and dont's of UPS life. It may not be rocket science mind you, but it helps to have people in your corner to show you the way.

My knowledge of Ryan's experiences in the military are limited to what he has shared with me. What he has told me is both horrifying and heartbreaking. The atrocities of war and loss of comrades during his tour in the Middle East is incomprehensible. To make matters worse, most of those losses came, not in combat, but by suicide due to depression, anxiety and survivors guilt. How Ryan didn't become a statistic himself is a miracle. Our UPS management team was aware of Ryan's struggles and allowed him the time and ability to get the help he needed through the Veteran's Administration. Family Medical Leave(FMLA) was vital in allowing him to seek treatment and counseling for his PTSD when he needed it. And except for one individual the green light for this time was always given without question, with one exception. Ryan's direct manager always seemed to question his validity as well as his motives for needing the FMLA. Despite detailed documentation, this manager always fought Ryan at every turn, to the point where it seemed with quite certainly that it had become personal. This manager even approached me on more than one occasion about talking to Ryan,

“as his friend” to start showing up for work or be terminated. I refused to do. If he wanted that message sent, he would have to do it himself. This was nothing more than pure intimidation in my eyes and I wasn't going to be a party to that. Over time these actions took a toll on him. I saw a change in him. Someone who once would fight tooth and nail for what he believed in, looked defeated. I firmly believe that the actions of this one individual was the final straw in breaking a good man's spirit and in part, played a role in leading him to where he is now.

But, despite all this tragedy and mistakes and hopelessness, the man I talked to on the phone recently proved to me that he still has the fight to get his life back. To rebuild the trust of the people closest to him and become the father, son, friend and man he wants to be again. He knows he has to pay for his mistakes and will do so with contrition. I look to Ryan as a brother. I have great admiration for him as a person, as a soldier who has fought valiantly for his country, as a father to his daughter and as a loyal friend. I pray that you will show whatever mercy you can and allow him to come home to his family very soon. Thank you for your time.

Sincerely,

Jonathan Kent

To Whom It May Concern:

My name is Jacquelyn Liebler. I am a medical device GYN sales representative for Medtronic.

I am writing this letter as a character reference for Ryan Johnston. Ryan is the half-brother of my fiancé, Conor, and I have known him since the end of 2019. Over the years, I have had several opportunities to spend time with Ryan and get to know him personally.

In every interaction I have had with Ryan, he has been nothing but kind, generous, and considerate. He is the type of person who is quick to offer his help when someone needs it and has always come across to me as someone who genuinely cares about the people around him. I have found him to be protective of those he loves and willing to step in and help without expecting anything in return.

One of the things that has stood out to me most about Ryan is the relationship he has with his daughter, [redacted]. I have had the opportunity to spend time with the two of them together, and it is very clear how much she means to him. I have watched him consistently make her a priority and have seen firsthand how attentive, loving, and involved he is as a father.

Their bond is incredibly special. [redacted] clearly adores and looks up to her dad, and some of my favorite memories are simply watching the two of them interact. Ryan has a wonderful ability to make her laugh, and hearing her incredible belly laugh when he does says so much about how comfortable, happy, and loved she feels with him.

Based on the Ryan I have personally known since 2019, I can sincerely say that he has always treated me and those around him with kindness and generosity. I feel fortunate to have gotten to know him and to consider him part of my extended family.

I am happy to provide this character reference for Ryan and respectfully ask that my personal experiences with him and my observations of his character be taken into consideration.

Sincerely,
Jacquelyn Liebler

Judge Walker

United States District Judge

600 Granby Street

Norfolk, VA 23510

Dear Judge Walker,

My name is Patricia McCaughan Woodson, and I am Ryan's oldest cousin. I have of course known my Ryan his entire life.

A little about me. I am married to my husband of 32 years, and we have 3 children in their 20's. Currently, I am starting a new company bringing crafting communities together. I have previously started and run several other companies including one that manufactured and sold professional and collegiate sports products for little fans. I have always been a huge fan of my youngest cousin Ryan. And so are my children. We all miss him so much.

Ryan's Mom (my Aunt Lily) and her husband Calvin are extraordinary humans and are the most loving and caring people. You will never meet anyone more genuine and kinder. Ryan was a wonderful child and of course I babysat him and his brother Conor many times. We are a big, close Irish Catholic family.

Ryan and I have talked over the years about addiction, what leads to it and how you can help each other. The information that Ryan has shared with me about his tour in Iraq is crushing and let's not forget that he lost his best friend when he got back home. I am not sure if anyone else mentioned that and I know it does not change the charges he has plead guilty to. It's just something I am asking you to consider so Ryan can hopefully receive a lenient sentence and get the help he needs for his addiction and PTSD issues.

Ryan, though, is someone I and anyone who knows him can count on. He will always have your back, he will come out in the middle of the night if you have a flat tire, he is a solid and compassionate human being. A person you can trust.

His love and dedication to his family is impeccable. His daughter, [redacted] is the absolute love of his life. I remember the last birthday party we went to for [redacted]—he never left her side. They opened every present together. They were inseparable. Just the thought of her being separated from Ryan truly breaks my heart. They were like best friends. The last time

we were all together was at my sister-in-law's house for gingerbread houses and Christmas cookie day. All the cousins were there, and Ryan and [redacted] were racing each other to decorate the most cookies and Wow—I miss that and those smiles. It's like, I wish there were actual words in the English language to explain how important they are to each other and how much he needs to heal and get back to his life.

I have been with my Aunt Lily every step of the way since Ryan was arrested and it has been a journey. From shock to some level of acceptance has been a hard road. Again, given the honor and compassion that this family has shown to everyone in their path we just need to get everyone in a transformative healing journey and that's again why I am pleading to you Judge Walker to give our Ryan a lenient sentence and let him get back to being the hard-working, compassionate, delightful human that he has always been on this earth to me, my family, his family, his co-workers, and frankly the general public. He is that guy who holds the door open, who takes your shopping cart back for you, who looks you in the eye and asks who you are. We need him back please.

Sorry if this letter is a bit too long and disjointed but I want to again remind you of how important Ryan is to the world and society at large, how he needs to come home soon and share his talents and kindness with the world.

Thank you for taking time to read this. I appreciate your consideration of leniency for Ryan and promise I will be here for him every step of the way.

Graciously,

Tricia McCaughan Woodson

October 8, 2026

Judge Walker
United States District Judge
600 Granby Street
Norfolk, VA 23510

Dear Judge Walker,

I am Thomas Woodson, I have been an executive in the environmental industry, with a focus on recycling and reusing industrial byproducts from major refineries and chemical companies for 35 years. I now manage my own consulting firm and several other small businesses focused on giving back to the community.

I first met Ryan Johnston on Christmas Day 1993. He was a typical happy young teen focused on playing video games with his brother. In the coming years, he grew up, joined the Marines, and became a man in that order. The Ryan I know is a protector, not a bully or someone who would take advantage of the week. He is sympathetic, not heartless. He is empathetic, not apathetic. He donated one of his kidneys to his half-brother Conor, although they do not identify as half-brothers, which says a lot.

Unfortunately for Ryan, while enlisted in the Marines, his deployment to Iraq did not end well. Even with this burden, Ryan came back and was a productive member of society, holding a well-paying job with UPS, getting married and having a beautiful baby girl. Unfortunately, (again), trauma is real and it does not just go away because you do the right things and what is expected of you. Ryan turned to drugs, which is unfortunate.

Despite Ryan's drug use, Ryan did not change at his core. Ryan is what he is, and that is a good person who is caught in the trap of addiction, but yet, he would never hurt another person.

I have seen Ryan with his daughter [redacted] at family gatherings and Christmas gingerbread making events. Ryan is at his absolute best in these settings, with his daughter and family. It is special to see.

Addiction is a wicked thing and Ryan is not the only person I know struggling. What I do know is that recovery comes from treatment, therapy, and building a tool kit. Not incarceration, as I am sure you are aware.

In conclusion, Ryan is a good person, a good father, a good son, a good brother, a good cousin, and a good friend. He is a man with issues to work through, but luckily, he has a supportive family, capable of providing the support necessary to navigate the journey. I must believe leniency in this situation is warranted more than in most cases you see.

Thank you very much for taking the time to read and consider this letter. I also appreciate your consideration of leniency for Ryan under these circumstances.

Warm Regards,

Thomas Woodson

Honorable Judge Walker,

Ryan is my first cousin; I have known him his entire life. Our family is a strong, tight-knit family that cares deeply for one another and is there to support each other. I had lost consistent contact with Ryan and would see him when we had family get togethers. I knew he struggled with addiction and PTSD but didn't realize how much he was struggling. I wish I could have done more to help him. When I heard about the charges that Ryan was accused of, I was in total shock and disbelief. It was difficult to believe that Ryan would be involved in the harming of a child.

The charges that he has plead guilty to are grave and devastating. It is evident that my cousin Ryan needs intense and sustained therapy and counseling from a team of professionals and health care providers. To this end, I respectfully ask that the Court consider a rehabilitation approach versus an incarceration approach during sentencing. I am committed to doing whatever I can to help Ryan get better. Thank you for your consideration.

Sincerely,

Kevin McCaughan

Retired School Counselor