**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:25-cr-31 (02) |
| Plaintiff, | : | |
| v. | : | |
| RYAN WADE JOHNSTON, | : | |
| Defendant. | : | |

# ORDER

Upon the Motion of the Defendant, this Honorable Court finds that the sealing of the Defendant's medical records is appropriate and necessary to protect against the disclosure of sensitive information in a pending case.

**IT IS HEREBY ORDERED** that the Clerk file Doc. 90-4 under seal.

ENTERED this ____day of _______________, 2026.

_______________________________
Honorable Jamar K. Walker
United States District Judge