**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN WADE JOHNSTON,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:25-cr-31 (02) |

## NOTICE OF APPEAL

Now comes the Defendant, Ryan Wade Johnston, by and through counsel, in the above captioned matter hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Amended Judgment in a Criminal Case filed on October 27, 2026.

Respectfully submitted,

*/s/ Stephanie F. Kessler*
STEPHANIE F. KESSLER (0092338)
Kessler Defense LLC
500 East Main St, 1600
Norfolk, VA 23510
(513) 316-5807
stephanie@kesslerdefense.com

*Attorney for Ryan Johnston*