Case 2:25-cr-00031-JKW-RJK Document 108 Filed 11/02/26 Page 1 of 1 PageID# 1380

FILED: November 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4538
(2:25-cr-00031-JKW-RJK-2)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RYAN WADE JOHNSTON

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:25-cr-00031-JKW-RJK-2 |
| Date notice of appeal filed in originating court: | 10/29/2026 |
| Appellant(s) | RYAN WADE JOHNSTON |
| Appellate Case Number | 26-4538 |
| Case Manager | K. Hancock<br>804-916-2702 |