IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:25CR031-002 |
| | ) | |
| RYAN WADE JOHNSTON, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 2259, the defendant is ordered to pay restitution in the total amount of **$9,500.00.**

2. Each defendant shall be required to pay up to the full amount imposed against that defendant, unless or until all victims of that defendant have received payment of the full amount of restitution awarded to each victim.

3. The Clerk of Court shall forward all restitution payments to the victims' names, addresses, and respective total loss amounts are listed in the Attachment A to this Restitution Order.

4. Interest:

   __X__ is waived.

   ______ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510.

7. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the

financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

8. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 250 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis.

Honorable Jamar K. Walker
United States District Judge

ENTERED this 16th day of November, 2026.

at Norfolk, Virginia

WE ASK FOR THIS:

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Digitally signed by JOSEPH KOSKY
Date: 2026.11.13 10:49:57 -05'00'

Joseph L. Kosky
Assistant United States Attorney

SEEN AND AGREED:

Ryan W. Johnston
Defendant

11/13/26

Stephanie F. Kessler
Counsel for Defense

**ATTACHMENT A TO RESTITUTION ORDER**

| Victim: | Loss Amount: |
|---|---|
| Lenahan Law Firm<br>In Trust for April<br>2655 Villa Creek, Suite 222<br>Dallas, TX 75234 | $3,500.00 |
| Carol L. Hepburn<br>In Trust for Sloane<br>PO Box 17718<br>Seattle, WA 98127 | $3,000.00 |
| Deborah Bianco<br>In Trust for Pia<br>14535 Bellevue Redmond Rd. #201<br>Bellevue, WA 98007 | $3,000.00 |
| **Total due from defendant:** | **$9,500.00** |